# United States District Court
# Western District of Oklahoma

| | |
|---|---|
| **DON BARTHELME** | **Case No.  17-962** |
| **Plaintiff,** | |
| vs. | **NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT SUNTRUST MORTGAGE, LLC.** |
| **SUNTRUST MORTGAGE, INC., SETERUS, INC., FEDERAL NATIONAL MORTGAGE ASSOCIATION, FANNIE MAE REMIC TRUST 2004-21;** | |

**DOES 1 through 10 inclusive**

**Defendants**



FILED

NOV 1 3 2017

CARMELITA REEDER SHINN, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____Bm_____,DEPUTY

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff,  Don Barthelme, hereby voluntarily dismisses without prejudice Defendant SunTrust Mortgage from this action.

Dated: November _11_, 2017

Respectfully submitted,

Don Barthelme
Don Barthelme

12104 Cornflower Pl.
OKc, OK   73120
(405) 748-6709

1

## SERVICE LIST

Kelly M Parker
LAMUN MOCK CUNNYNGHAM & DAVIS PC
5613 N Classen Blvd
Oklahoma City, OK 73118-1295

Graham W. Gerhardt
BRADLEY ARANT BOULT CUMMINGS, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed, first class

mail, postage prepaid to the above listed persons on the service list, this // day of

November 2017.

Don Barthelme

2